1  **SAO**
2  **ROBERT T. EGLET, ESQ**.
   Nevada Bar No. 3402
3  **TRACY A. EGLET, ESQ.**
   Nevada Bar No. 6419
4  **JOSEPH J. TROIANO, ESQ.**
   Nevada Bar No. 12505
5  **EGLET PRINCE**
6  400 South Seventh Street, Suite 400
   Las Vegas, Nevada 89101
7  Telephone:  (702) 450-5400
8  Facsimile:   (702) 450-5451
   Email:   eservice@egletlaw.com
9  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| LOUIS ROCK and DEBBY ROCK, Individually and as Husband and Wife, | CASE NO. 2:17-cv-01676-APG-CWH |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | **(SECOND REQUEST)** |
| NINYO & MOORE, GEOTECHNICAL CONSULTANTS dba NINYO & MOORE GEOTECHNICAL & ENVIRONMENTAL SCIENCES CONSULTANTS, a Foreign Corporation; ROADSAFE TRAFFIC SYSTEMS, INC., a Foreign Corporation; DOE INDIVIDUALS 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

...

...

...

...

IT IS HEREBY STIPULATED by and between Plaintiffs LOUIS AND DEBBY ROCK, by and through their counsel of record, JOSEPH TROIANO, ESQ., of EGLET PRINCE, Defendant ROADSAFE TRAFFIC SYSTEMS, INC. by and through their counsel of record, JASON C. FOULGER, ESQ., of CISNEROS & MARIAS**,** Defendant NINYO & MOORE, GEOTECHNICAL DBA CONSULTANTS DBA NINYO & MOORE GEOTECHNICAL & ENVIROMENTAL SCIENCES CONSULTANTS by and through their counsel of record, MICHAEL R. HALL, ESQ., of HALL JAFFE & CLAYTON, LLP.**,** that discovery in this matter shall be extended for the limited purpose of completing the discovery described herein. Pursuant to Local Rules ("LR") 6-1, 6-2, 7-1, and 26-4, the parties offer the following in support of their stipulation to extend discovery:

## I.
## DISCOVERY COMPLETED TO DATE

**Plaintiffs served Defendants with the following discovery to date:**

1. Plaintiffs' Initial NRCP 16.1 disclosures and Four (4) Supplements thereto;

2. Plaintiffs' Responses to Defendant's Requests for Production, Requests for Admissions and Interrogatories; and

3. Plaintiffs' Requests for Production, Requests for Admissions and Interrogatories to Defendants;

4. Plaintiffs' Expert Disclosure and Supplemental NRCP 16.1 (a)(3) Pre-Trial Disclosures and Two (2) Supplements thereto.

**Defendant Roadsafe Traffic Systems, Inc., served Plaintiffs with the following discovery to date:**

1. Defendant's Initial NRCP 16.1 disclosure;

2. Defendant's Requests for Production of Documents, Interrogatories and Requests for Admissions to Plaintiff; and

3. Defendant's Answers to Plaintiff's Requests for Production and Interrogatories to Plaintiff.

**Defendant Ninyo & Moore, Geotechnical Consultants dba Ninyo & Moore Geotechnical & Environment Sciences Consultants served Plaintiffs with the following discovery to date:**

1. Defendant's Initial NRCP 16.1 disclosures and Three (3) Supplements thereto;
2. Defendant's Requests for Production of Documents, Interrogatories and Requests for Admissions to Plaintiff; and
3. Defendant's Answers to Plaintiff's Requests for Production and Interrogatories to Plaintiff.

## II.
## DEPOSITIONS TAKEN TO DATE

1. Deposition of Michael Thompson taken on October 30, 2017;
2. Deposition of Officer Shane R. Witham taken on November 21, 2017;
3. Deposition of Naik Banavathu taken on January 23, 2018.

## III.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition of Rathna Mothkuri *scheduled for February 5, 2018*;
2. Deposition of Defendant's NRCP 30(b)(6) witness(es);
3. Depositions of the parties respective experts;
4. Depositions of parties before and after witnesses; and

The Parties anticipate that they may need to conduct other forms of discovery, though not specifically delineated herein, and anticipate doing so only on an as-needed basis.

## IV.
## REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEEDS TO BE EXTENDED

Although the Parties have diligently been working on this matter there are still depositions in this matter that need to be completed. Also, parties have agreed to mediate this matter and we are working on scheduling the same. In addition, our expert, Patrick Altvater, had an unexpected medical issue.

## V.
## CURRENT DISCOVERY DEADLINES AND TRIAL DATE

| | |
|---|---|
| Last day to amend pleadings or add parties: | February 9, 2018; |
| Initial Expert Disclosure: | February 9, 2018; |
| Rebuttal Expert Disclosures: | March 12, 2018; |
| Discovery Cutoff: | April 10, 2018; |
| Dispositive Motions: | May 10, 2018; and |
| Trial: | TBD. |

## VI.
## PROPOSED DISCOVERY DEADLINES AND TRIAL DATE

| | |
|---|---|
| Last day to amend pleadings or add parties: | March 27, 2018; |
| Initial Expert Disclosure: | March 27, 2018; |
| Rebuttal Expert Disclosures: | April 26, 2018; |
| Discovery Cutoff: | June 25, 2018; |
| Dispositive Motions: | July 25, 2018; and |
| Trial: | TBD. |

DATED this 2nd day of February, 2018.

**EGLET PRINCE**

*/s/ Joseph Troiano*
**ROBERT T. EGLET, ESQ**.
Nevada Bar No. 3402
**TRACY A. EGLET, ESQ.**
Nevada Bar No. 6419
**JOSEPH J. TROIANO, ESQ.**
Nevada Bar No. 12505
*Attorneys for Plaintiff*

DATED this 2nd day of February, 2018.

         **HALL JAFFE & CLAYTON, LLP.**

         */s/ Michael Hall*
         **MICHAEL R. HALL, ESQ.**
         Nevada Bar No. 5978
         7425 Peak Drive
         Las Vegas, NV 89128
         *Attorney for Defendants*

DATED this 2nd day of February, 2018.

         **CISNEROS & MARIAS**

         */s/ Jason Foulger*
         **JASON C. FOULGER, ESQ.**
         Nevada Bar No. 7338
         1160 North Town Center Dr., Suite 130
         Las Vegas, Nevada 89144
         *Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED**

DATED this February 6, 2018.

         **UNITED STATE MAGISTRATE JUDGE**

RESPECTFULLY SUBMITTED BY:
**EGLET PRINCE**

*/s/ Joseph Troiano*
**ROBERT T. EGLET, ESQ.**
Nevada Bar No. 3402
**TRACY A EGLET, ESQ.**
Nevada Bar No. 6419
**JOSEPH J. TROIANO, ESQ.**
Nevada Bar No. 12505
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*