MICHAEL R. HALL, ESQ.
Nevada Bar No. 005978
mhall@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Defendant,*
*Ninyo & Moore, Geotechnical Consultants dba Ninyo &*
*Moore Geotechnical & Environmental Sciences Consultants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS ROCK and DEBBY ROCK, Individually and as Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>NINYO & MOORE, GEOTECHNICAL CONSULTANTS dba NINYO & MOORE GEOTECHNICAL & ENVIRONMENTAL SCIENCES CONSULTANTS, a Foreign Corporation; ROADSAFE TRAFFIC SYSTEMS, INC., a Foreign Corporation; DOE INDIVIDUALS 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | 2:17-cv-01676-APG-CWH<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED, by and between the Plaintiffs, Louis Rock and Debby Rock, and Defendant, Ninyo & Moore, Geotechnical Consultants dba Ninyo & Moore Geotechnical & Environmental Sciences Consultants, parties hereto, by and through their respective counsel, Eglet Prince for Plaintiffs, and Hall Jaffe & Clayton, LLP, for Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.** This case is DISMISSED with prejudice.

Dated: June 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

DATED: ~~May~~ June 11, 2018.

HALL JAFFE & CLAYTON, LLP

By: /s/ Ryan M. Venci
MICHAEL R. HALL, ESQ.
Nevada Bar No. 005978
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
*Attorneys for Defendant Ninyo & Moore*

DATED: ~~May~~ JUNE 11TH, 2018.

EGLET PRINCE

By: /s/ #6555
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 012505
400 S 7th Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE