JASON C. FOULGER, ESQ.
Nevada Bar No. 7338
CISNEROS & MARIAS
1160 North Town Center Drive, Suite 130
Las Vegas, Nevada 89144
(702) 233-9660 (telephone)
(702) 233-9665 (facsimile)
jason.foulger@zurichna.com

Attorneys for Defendant
ROADSAFE TRAFFIC SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| LOUIS ROCK and DEBBY ROCK, individually and as Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>NINYO & MOORE, GEOTECHNICAL CONSULTANTS dba NINYO & MOORE GEOTECHNICAL & ENVIRONMENTAL SCIENCES CONSULTANTS, a Foreign Corporation; ROADSAFE TRAFFIC SYSTEMS, INC., a Foreign Corporation; DOE INDIVIDUALS 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01676-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ROADSAFE TRAFFIC SYSTEMS, INC.** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ROADSAFE TRAFFIC SYSTEMS, INC.**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice as to defendant ROADSAFE TRAFFIC SYSTEMS, INC., with each party to bear their own costs.

////

////

1

DATED this 4TH day of JUNE, 2018.       DATED this 14 day of June, 2018.

EGLET PRINCE                              CISNEROS & MARIAS

By: _____#6551_____          By: _____
JOSEPH J. TROIANO, ESQ.                   JASON C. FOULGER, ESQ.
Nevada Bar No. 12505                      Nevada Bar No. 7338
400 S. Seventh Street, Suite 400          1160 North Town Center Drive, Suite 130
Las Vegas, NV 89101                       Las Vegas, Nevada 89144
*Attorneys for Plaintiffs*                *Attorneys for Defendant*
                                          ROADSAFE TRAFFIC SYSTEMS, INC.

DATED this ___ day of _____, 2018.

HALL JAFFE & CLAYTON, LLP.

By:_____
MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendants*
*Ninyo & Moore, Geotechnical Consultants*
*dba Ninyo & Moore Geotechnical & Environmental Sciences Consultants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 14, 2018.

DATED this ___ day of _____, 2018.   DATED this 14 day of June, 2018.

EGLET PRINCE                               CISNEROS & MARIAS

By: _____         By: _____
JOSEPH J. TROIANO, ESQ.                    JASON C. FOULGER, ESQ.
Nevada Bar No. 12505                       Nevada Bar No. 7338
400 S. Seventh Street, Suite 400           1160 North Town Center Drive, Suite 130
Las Vegas, NV 89101                        Las Vegas, Nevada 89144
*Attorneys for Plaintiffs*                 *Attorneys for Defendant*
                                           ROADSAFE TRAFFIC SYSTEMS, INC.

DATED this 1st day of May, 2018.

HALL JAFFE & CLAYTON, LLP.

By: _____
MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendants*
Ninyo & Moore, Geotechnical Consultants dba Ninyo & Moore Geotechnical & Environmental Sciences Consultants

////
////
////
////
////

2